UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60825-CIV-SINGHAL

JEANNIE MORENO,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Commissioner of the
Social Security Administration,

    Defendant.
_____/

## ORDER GRANTING MOTION TO REMAND

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Summary Judgment (DE [20]), Defendant's Motion for Summary Judgment (DE 22) and the Report and Recommendation (DE [25]) of the Magistrate Judge recommending that Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and the Administrative Law Judge's Decision be affirmed. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [25]) is **AFFIRMED** and **ADOPTED.** Plaintiff's Motion for Summary Judgment (DE [20]) is **DENIED**, Defendant's Motion for Summary Judgment (DE [22]) is **GRANTED**, and the Administrative Law Judge's Decision is **AFFIRMED**. All pending motions are hereby **DENIED AS MOOT**. The Clerk of the Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 28th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF